Certificate Number: 12433-PAM-DE-034829269

Bankruptcy Case Number: 20-02364



12433-PAM-DE-034829269

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 30, 2020, at 2:36 o'clock PM EDT, Richard Blankenship, Jr. completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 31, 2020   By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher