United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 20-02364-RNO

Richard Blankenship, Jr.  Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: admin     Page 1 of 2
Date Rcvd: Nov 06, 2020     Form ID: 318     Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Blankenship, Jr., 2179 Lake View Drive, Saylorsburg, PA 18353-8016 |
| 5350036 | + | ALSIDE, ASSOCIATED MATERIALS INCORPORATED, 3721 COMMERCE DRIVE, BALTIMORE, MD 21227-1633 |
| 5350044 | + | JOHN D. PURDY, ESQ., FULLERTON & KNOWLES, P.C., 12642 CHAPEL ROAD, CLIFTON, VA 20124-1953 |
| 5350047 | | PENNYMAC LOAN SERVICES, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5350049 | + | PRIVATE NATIONAL MORTGAGE, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5350051 | + | ST LUKES UNIVERSITY HEALTH NETWORK, 801 OSTRUM STREET, BETHLEHEM, PA 18015-1000 |
| 5350053 | + | VIVIAN HAGERTY, 2179 LAKE VIEW DRIVE, SAYLORSBURG, PA 18353-8016 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5350037 | + | EDI: AMEREXPR.COM | Nov 06 2020 23:58:00 | AMERICAN EXPRESS HEAD OFFICE, WORLD FINANCIAL CENTER, 200 VESEY STREET, NEW YORK, NY 10285-1000 |
| 5350038 | + | EDI: BANKAMER.COM | Nov 06 2020 23:58:00 | BANK OF AMERICA, PO BOX 31785, TAMPA, FL 33631-3785 |
| 5350039 | | EDI: TSYS2.COM | Nov 06 2020 23:58:00 | BARCLAYS BANK DELAWARE, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 5350041 | | EDI: CAPITALONE.COM | Nov 06 2020 23:58:00 | CAPITAL ONE BANK, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5350043 | | EDI: DISCOVER.COM | Nov 06 2020 23:58:00 | DISCOVER FINANCIAL SERVICES, PO BOX 15316, WILMINGTON, DE 19850 |
| 5350042 | | EDI: JPMORGANCHASE | Nov 06 2020 23:58:00 | CHASE CARD SERVICES, PO BOX 15548, WILMINGTON, DE 19886-5548 |
| 5350045 | + | Email/Text: bk@lendingclub.com | Nov 06 2020 19:04:00 | LENDING CLUB CORP, 71 STEVENSON STREET, SUITE 1000, SAN FRANCISCO, CA 94105-2967 |
| 5350046 | | Email/Text: unger@members1st.org | Nov 06 2020 19:04:00 | MEMBERS 1ST FCU, PO BOX 40, MECHANICSBURG, PA 17055-0040 |
| 5350050 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Nov 06 2020 19:04:00 | RMP, LLC, 1809 N. BROADWAY, GREENSBURG, IN 47240-8217 |
| 5350052 | | EDI: RMSC.COM | Nov 06 2020 23:58:00 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965061, ORLANDO, FL 32896-5061 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5350040 | *+ | BARCLAYS BANK DELAWARE, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 5350048 | ##+ | PHAEDRA CORCORAN, 3915 OLD COUNTRY ROAD, WHITEHALL, PA 18052-3058 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2020　　　　　　　　　　Signature:　　/s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James Warmbrodt | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| John J Martin (Trustee) | pa36@ecfcbis.com trusteemartin@martin-law.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Richard Blankenship Jr. lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Richard Blankenship Jr. <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6455 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____ <br> EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:20–bk–02364–RNO | |

# Order of Discharge   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Richard Blankenship Jr.
aka Richard Blankenship, fdba Window World of
Central New Jersey

**By the court:**

11/6/20

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

Official Form 318  **Order of Discharge**  page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**